UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ELIZZLE BELL (BETHLEY)**       **CIVIL ACTION**

**VERSUS**      **NUMBER 07-288-RET-DLD**

**WAL-MART LOUISIANA, LLC.**

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U.S. District Court.

In accordance with 28 U.S.C. §636(b)(1), you have ten days from date of receipt of this notice to file written objections to the proposed findings of fact and conclusions of law set forth in the Magistrate Judge's Report. A failure to object will constitute a waiver of your right to attack the factual findings on appeal.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in Baton Rouge, Louisiana, on January 22, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ELIZZLE BELL (BETHLEY)**  CIVIL ACTION

**VERSUS**  NUMBER 07-288-RET-DLD

**WAL-MART LOUISIANA, LLC.**

### REPORT AND RECOMMENDATION

This matter is before the court as the result of plaintiff''s failure to appear at a scheduling conference and a show cause hearing set by the court.  When the case was filed, the plaintiff was represented by counsel, and this matter was set for a scheduling conference on September 6, 2007.  Plaintiff's counsel filed a motion to withdraw as counsel of record for the plaintiff because counsel was no longer employed by that office, and counsel filed a motion to continue the scheduling conference.  On August 24, 2007, plaintiff's counsel was allowed to withdraw.  In addition, the scheduling conference was reset for November 15, 2007, to allow the plaintiff time to secure new counsel and to serve the defendant.  In the same order resetting the conference, the plaintiff was notified that in the event she did not have an attorney by November 15, 2007, she must attend the conference in person, unless the conference was canceled before that time.  Notice of the new scheduling conference date was sent to the plaintiff by certified mail.  The certified mail receipt was signed by Clifton Bell on August 29, 2007.

The plaintiff failed to appear for the conference on November 15, 2007, and the show cause order was issued for the plaintiff to appear on January 10, 2007, and show cause why this action should not be dismissed for failure to prosecute and/or why

-2-

appropriate sanctions should not be imposed against her for failure to appear for the scheduling conference. The record indicates that notice of the show cause hearing was served on the plaintiff by the United States Marshal through certified mail and the certified mail receipt was signed by Elizzle Bethley on December 12, 2007. The plaintiff failed to appear for the show cause hearing.

Federal Rules of Civil Procedure Rule 41(b) allows the court to dismiss an action "for failure of the plaintiff to prosecute or to comply with these rules or any order of court. . . ." The plaintiff has repeatedly failed to respond to court orders, and has failed to prosecute this action.

*Recommendation*

For the above reasons,

**IT IS THE RECOMMENDATION** of the court that this action be dismissed pursuant to Federal Rules of Civil Procedure Rule 41(b) for failure to prosecute and for failure to comply with court orders.

Signed in Baton Rouge, Louisiana, on January 22, 2008.

**MAGISTRATE JUDGE DOCIA L. DALBY**